**Mara N. MENEGASSI, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2010–7091.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2010.

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

**ON MOTION**

**ORDER**

Mara N. Menegassi moves for a 45–day extension of time, until November 8, 2010, to file her reply brief.

Upon consideration thereof,

It Is Ordered That:

The motion is granted.

**David P. GESSERT, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2010–3115.

United States Court of Appeals, Federal Circuit.

Sept. 30, 2010.

**ON MOTION**

**ORDER**

Upon consideration of David P. Gessert's unopposed motion for a 14–day extension of time, until October 12, 2010, to file his reply brief,

It Is Ordered That:

The motion is granted.